

**Citadel**
Banking with one focus. You.

520 Eagleview Blvd.
Exton, PA 19341

| ACCOUNT # | STATEMENT PERIOD | PAGE |
|---|---|---|
| 742 | 04/01/2018 to 04/30/2018 | 1 of 1 |

Call: (800) 666-0191   Email: info@citadelbanking.com

NANCY A JENZANO
901 STARGAZERS RD
COATESVILLE PA 19320

ESTMT



Will You be Ready for Retirement?
Citadel can help.

### STATEMENT SUMMARY

| ACCOUNT TYPE | BALANCES |
|---|---|
| SAVINGS | 10.00 |
| CHECKING | .00 |
| **TOTAL DEPOSITS** | **$10.00** |

### REWARDS - AS OF 03/31/2018

| CARD ENDING IN | BEGINNING BALANCE | EARNED | REDEEMED | ENDING BALANCE |
|---|---|---|---|---|
| 7280 - Debit | 1,004 | 0 | 0 | 1,004 |

To redeem, view, or combine your points visit CitadelBanking.com/Rewards

### STAR SAVINGS - 0000

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | $10.00 |
|  | ENDING BALANCE |  |  | $10.00 |

### STAR CHECKING - 0070

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | $.00 |
|  | ENDING BALANCE |  |  | $.00 |

0 DEPOSITS = $.00     0 WITHDRAWALS = $.00     0 CHECKS CLEARED

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL COURTESY PAY FEES | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $.00 |



Higher Rates on 24 Month 36 Month 60 Month **Citadel Certificates!**
Visit CitadelBanking.com/Certificates for rates.


Go paperless. Visit CitadelBanking.com/eStatements.
 (800) 666-0191   CitadelBanking.com

Federally insured by NCUA
*Indicates effective date and not transaction date



**Citadel**
Banking with one focus. You.

520 Eagleview Blvd.
Exton, PA 19341

| ACCOUNT # | STATEMENT PERIOD | PAGE |
|---|---|---|
| 742 | 05/01/2018 to 05/31/2018 | 1 of 3 |

Call: (800) 666-0191 Email: info@citadelbanking.com

NANCY A JENZANO
901 STARGAZERS RD
COATESVILLE PA 19320

ESTMT



The area's trusted banking partner for more than 80 years. We are proud to serve you!

## STATEMENT SUMMARY

| ACCOUNT TYPE | BALANCES |
|---|---|
| SAVINGS | 10.00 |
| CHECKING | 1,255.17 |
| TOTAL DEPOSITS | $1,265.17 |

## REWARDS - AS OF 04/30/2018

| CARD ENDING IN | BEGINNING BALANCE | EARNED | REDEEMED | ENDING BALANCE |
|---|---|---|---|---|
| 7280 - Debit | 1,004 | 0 | 0 | 1,004 |

To redeem, view, or combine your points visit CitadelBanking.com/Rewards

## STAR SAVINGS - 0000

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $10.00 |
| | ENDING BALANCE | | | $10.00 |

## FREE CHECKING - 0070

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $.00 |
| 02-May | Deposit | 84.00 | | 84.00 |
| | Monthly Service Fee (Reversed) | | | |
| 02-May | Deposit by Check | 2,664.27 | | 2,748.27 |
| 02-May | Withdrawal at ATM #002046 | | -400.00 | 2,348.27 |
| | CITADEL FCU 40 N BAILEY RD THORNDALE PA | | | |
| 02-May | Withdrawal POS #583351 | | -28.90 | 2,319.37 |
| | WAL-MART #3541 516 SCHOOL HOUSE R KENNETT SQUAR PA | | | |
| 03-May | Withdrawal Debit Card Debit Gold | | -11.53 | 2,307.84 |
| | WENDY'S THORNDALE THORNDALE PA | | | |
| 03-May | Withdrawal POS #683299 | | -5.87 | 2,301.97 |
| | WAL-MART #3541 516 SCHOOL HOUSE R KENNETT SQUAR PA | | | |



Higher Rates on 12 Month / 36 Month / 60 Month **Citadel Certificates!**

Visit CitadelBanking.com/Certificates for rates. Federally insured by NCUA.



Go paperless. Visit CitadelBanking.com/eStatements.
(800) 666-0191  CitadelBanking.com

Federally insured by NCUA
*Indicates effective date and not transaction date


Case 18-14683-mdc    Doc 25    Filed 08/20/18    Entered 08/20/18 14:51:15    Desc Main
Document

**Citadel**
Banking with one focus. You.

520 Eagleview Blvd.
Exton, PA 19341

Call: (800) 666-0191  Email: info@citadelbanking.com

| ACCOUNT # | STATEMENT PERIOD | PAGE |
|---|---|---|
| 742 | 05/01/2018 to 05/31/2018 | 2 of 3 |

## FREE CHECKING - 0070 (cont.)

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| 04-May | Withdrawal Debit Card Debit Gold SALLY BEAUTY #2677 EDDYSTONE PA | | -14.97 | 2,287.00 |
| 05-May | Withdrawal Debit Card Debit Gold WAWA 8048 00080481 FOLSOM PA | | -13.91 | 2,273.09 |
| 05-May | Withdrawal Debit Card Debit Gold SALLY BEAUTY #2677 EDDYSTONE PA | | -5.93 | 2,267.16 |
| 06-May | Withdrawal Debit Card Debit Gold ROSS STORES #1672 HOLMES PA | | -102.54 | 2,164.62 |
| 07-May | Withdrawal Debit Card Debit Gold ROYAL FARMS 096 NORTHEAST MD | | -33.31 | 2,131.31 |
| 09-May | Recurring Withdrawal Debit Card Debit Gold VZWRLSS*BILL PAY V FOLSOM CA | | -171.87 | 1,959.44 |
| 09-May | Withdrawal POS #727810 SECCRA 219 STREET RD WEST GROVE PA | | -6.59 | 1,952.85 |
| 10-May | Withdrawal Debit Card Debit Gold RUBY TUESDAY #4743 ELKTON MD | | -56.00 | 1,896.85 |
| 12-May | Withdrawal Debit Card Debit Gold J GALLAGHER SEPTIC & W COATESVILLE PA | | -255.00 | 1,641.85 |
| 16-May | Withdrawal POS #075032 KMART 9539 3205 LINCOLN HWY THORNDALE PA | | -12.09 | 1,629.76 |
| 17-May | Withdrawal Debit Card Debit Gold CALN RESTORE COATESVILLE PA | | -21.31 | 1,608.45 |
| 17-May | Withdrawal POS #622666 WAL-MART #2830 1570 CHESTER PIKE EDDYSTONE PA | | -39.88 | 1,568.57 |
| 17-May | Withdrawal Debit Card Debit Gold VICKI S COLD CUTS EDDYSTONE PA | | -19.43 | 1,549.14 |
| 18-May | Withdrawal Debit Card Debit Gold CVS/PHARMACY #00766 RIDLEY PA | | -11.65 | 1,537.49 |
| 18-May | Withdrawal Debit Card Debit Gold BEST BUY 00005827 SPRINGFIELD PA | | -21.19 | 1,516.30 |
| 21-May | Withdrawal Debit Card Debit Gold ROYAL FARMS 136 CECILTON MD | | -8.37 | 1,507.93 |
| 22-May | Withdrawal Debit Card Debit Gold AM AUTO PARTS 6173149610 MA | | -12.00 | 1,495.93 |
| 22-May | Withdrawal POS #981154 WM SUPERCENTER Wal-Mart Super Cen MIDDLETOWN DE | | -23.40 | 1,472.53 |
| 23-May | Withdrawal Debit Card Debit Gold MICHAELS STORES 1274 MIDDLETOWN DE | | -11.99 | 1,460.54 |
| 24-May | Withdrawal Debit Card Debit Gold ROYAL FARMS 136 CECILTON MD | | -37.43 | 1,423.11 |
| 24-May | Withdrawal Debit Card Debit Gold DOLLAR GENERAL #13785 CECILTON MD | | -12.03 | 1,411.08 |
| 25-May | Withdrawal Debit Card Debit Gold VLAMIS LIQUORS ELKTON MD | | -22.86 | 1,388.22 |
| 25-May | Withdrawal Debit Card Debit Gold GOODWILL KEYSTONE THORNDALE PA | | -23.50 | 1,364.72 |
| 25-May | Withdrawal Debit Card Debit Gold ROYAL FARMS 136 CECILTON MD | | -1.58 | 1,363.14 |
| 25-May | Withdrawal Debit Card Debit Gold ROYAL FARMS 136 CECILTON MD | | -2.11 | 1,361.03 |
| 26-May | Withdrawal Debit Card Debit Gold BURGER KING #2529 ELKTON MD | | -6.12 | 1,354.91 |
| 28-May | Withdrawal Debit Card Debit Gold WWW.ALIEXPRESS.COM 408-748-1200 DE | | -3.86 | 1,351.05 |
| 28-May | Withdrawal Debit Card Debit Gold AliExpress San Mateo CA | | -4.75 | 1,346.30 |
| 28-May | Withdrawal Debit Card Debit Gold AliExpress San Mateo CA | | -7.96 | 1,338.34 |
| 28-May | Withdrawal Debit Card Debit Gold | | -8.00 | 1,330.34 |

Case 18-14683-mdc    Doc 25    Filed 08/20/18    Entered 08/20/18 14:51:15    Desc Main Document



**Citadel**
Banking with one focus. You.

520 Eagleview Blvd.
Exton, PA 19341

Call: (800) 666-0191  Email: info@citadelbanking.com

| ACCOUNT # | STATEMENT PERIOD | PAGE |
|---|---|---|
| 742 | 05/01/2018 to 05/31/2018 | 3 of 3 |

## FREE CHECKING - 0070 (cont.)

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| 28-May | Withdrawal Debit Card Debit Gold<br>AliExpress San Mateo CA | | -7.98 | 1,322.36 |
| 28-May | Withdrawal Debit Card Debit Gold<br>AliExpress San Mateo CA | | -13.35 | 1,309.01 |
| 28-May | Withdrawal Debit Card Debit Gold<br>AliExpress San Mateo CA | | -4.20 | 1,304.81 |
| 28-May | Withdrawal Debit Card Debit Gold<br>WWW.ALIEXPRESS.COM 408-748-1200 DE | | -8.73 | 1,296.08 |
| 28-May | Withdrawal Debit Card Debit Gold<br>WWW.ALIEXPRESS.COM 408-748-1200 DE | | -5.97 | 1,290.11 |
| 28-May | Withdrawal Debit Card Debit Gold<br>AliExpress San Mateo CA | | -1.71 | 1,288.40 |
| 31-May | Withdrawal Debit Card Debit Gold<br>WWW.ALIEXPRESS.COM 408-748-1200 DE | | -6.58 | 1,281.82 |
| 31-May | Withdrawal Debit Card Debit Gold<br>ROYAL FARMS 136 CECILTON MD | | -26.65 | 1,255.17 |
| | **ENDING BALANCE** | | | **$1,255.17** |

2 DEPOSITS = $2,748.27    42 WITHDRAWALS = $-1,493.10    0 CHECKS CLEARED

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL COURTESY PAY FEES | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $.00 |



**Citadel**
Banking with one focus. You.

520 Eagleview Blvd.
Exton, PA 19341

| ACCOUNT # | STATEMENT PERIOD | PAGE |
|---|---|---|
| 742 | 06/01/2018 to 06/30/2018 | 1 of 4 |

**Call:** (800) 666-0191 **Email:** info@citadelbanking.com

NANCY A JENZANO
901 STARGAZERS RD
COATESVILLE PA 19320

ESTMT



The area's trusted banking partner
for more than 80 years.
We are proud to serve you!

### STATEMENT SUMMARY

| ACCOUNT TYPE | BALANCES |
|---|---|
| SAVINGS | 10.00 |
| CHECKING | 1,782.12 |
| **TOTAL DEPOSITS** | **$1,792.12** |

### REWARDS - AS OF 05/31/2018

| CARD ENDING IN | BEGINNING BALANCE | EARNED | REDEEMED | ENDING BALANCE |
|---|---|---|---|---|
| 7280 - Debit | 1,004 | 313 | 0 | 1,317 |

To redeem, view, or combine your points visit CitadelBanking.com/Rewards

### STAR SAVINGS - 0000

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $10.00 |
| | ENDING BALANCE | | | $10.00 |

### FREE CHECKING - 0070

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $1,255.17 |
| 01-Jun | Withdrawal at ATM #007608 | | -240.00 | 1,015.17 |
| | CITADEL FCU 40 N BAILEY RD THORNDALE PA | | | |
| 01-Jun | Withdrawal Debit Card Debit Gold | | -125.00 | 890.17 |
| | SQU*SQ *ALICIA'S ART, Downingtown PA | | | |
| 02-Jun | Withdrawal Debit Card Debit Gold | | -33.92 | 856.25 |
| | DOLLAR TREE THORNDALE PA | | | |
| 03-Jun | Withdrawal Debit Card Debit Gold | | -53.22 | 803.03 |
| | THE HOME DEPOT #4137 DOWNINGTOWN PA | | | |
| 04-Jun | Withdrawal Debit Card Debit Gold | | -13.55 | 789.48 |
| | MICHAELS STORES 4806 EXTON PA | | | |
| 04-Jun | Withdrawal Debit Card Debit Gold | | -31.68 | 757.80 |
| | THE HOME DEPOT #4137 DOWNINGTOWN PA | | | |
| 05-Jun | Withdrawal Debit Card Debit Gold | | -23.78 | 734.02 |



Higher Rates on 12 Month, 36 Month, 60 Month **Citadel Certificates!**

Visit CitadelBanking.com/Certificates for rates.

Federally insured by NCUA.




Go paperless. Visit CitadelBanking.com/eStatements.
(800) 666-0191  CitadelBanking.com

Federally insured by NCUA
*Indicates effective date and not transaction date



**Citadel**
Banking with one focus. You.

520 Eagleview Blvd.
Exton, PA 19341

| ACCOUNT # | STATEMENT PERIOD | PAGE |
|---|---|---|
| 42 | 06/01/2018 to 06/30/2018 | 2 of 4 |

📞 **Call:** (800) 666-0191 **Email:** info@citadelbanking.com

## FREE CHECKING - 0070 (cont.)

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| | AliExpress San Mateo CA | | | |
| 05-Jun | Withdrawal Debit Card Debit Gold | | -6.91 | 727.11 |
| | ROYAL FARMS #225 DOWNINGTOWN PA | | | |
| 05-Jun | Withdrawal Debit Card Debit Gold | | -19.36 | 707.75 |
| | THE HOME DEPOT #4137 DOWNINGTOWN PA | | | |
| 06-Jun | Withdrawal Debit Card Debit Gold | | -23.98 | 683.77 |
| | BELLA ROSA ITALIAN EAT COATESVILLE PA | | | |
| 06-Jun | Withdrawal POS #827351 | | -31.08 | 652.69 |
| | GIANT 6301 3477 LINCOLN HWY THORNDALE PA | | | |
| 07-Jun | Withdrawal Debit Card Debit Gold | | -14.97 | 637.72 |
| | WAWA 245 00002451 DOWNINGTOWN PA | | | |
| 07-Jun | Withdrawal Debit Card Debit Gold | | -28.27 | 609.45 |
| | MICHAELS STORES 4806 EXTON PA | | | |
| 07-Jun | Withdrawal Debit Card Debit Gold | | -26.39 | 583.06 |
| | AC MOORE STR 20 610-268-9794 PA | | | |
| 07-Jun | Withdrawal Debit Card Debit Gold | | -172.69 | 410.37 |
| | STS-MAVIS OXFORD 551 OXFORD PA | | | |
| 09-Jun | Withdrawal Debit Card Debit Gold | | -75.00 | 335.37 |
| | CHEW'S TOWING OXFORD PA | | | |
| 10-Jun | Withdrawal POS #987950 | | -21.20 | 314.17 |
| | WM SUPERCENTER Wal-Mart Store KENNETT SQUAR PA | | | |
| 13-Jun | Deposit by Check | 500.00 | | 814.17 |
| 13-Jun | Withdrawal POS #214501 | | -76.00 | 738.17 |
| | THE HOME DEPOT 4121 200 HATTON DRIVE GLEN MILLS PA | | | |
| 13-Jun | Withdrawal POS #009851 | | -68.34 | 669.83 |
| | JOANN STORES #2303 600 TOWN CNTR STE GLEN MILLS PA | | | |
| 13-Jun | Withdrawal at ATM #009867 | | -30.00 | 639.83 |
| | CITADEL FCU 40 N BAILEY RD THORNDALE PA | | | |
| 14-Jun | Withdrawal Debit Card Debit Gold | | -26.50 | 613.33 |
| | CALN RESTORE COATESVILLE PA | | | |
| 14-Jun | Withdrawal Debit Card Debit Gold | | -56.82 | 556.51 |
| | MICHAELS STORES 4806 EXTON PA | | | |
| 16-Jun | Withdrawal POS #381200 | | -18.77 | 537.74 |
| | AC MOORE STR #20 1 DOWNINGTOWN PA | | | |
| 16-Jun | Withdrawal POS #116301 | | -18.75 | 518.99 |
| | THE HOME DEPOT #4137 965 E LANCASTER AV DOWNINGTOWN PA | | | |
| 16-Jun | Withdrawal POS #874807 | | -9.54 | 509.45 |
| | DOLLAR TREE 400 W LINCOLN HWY EXTON PA | | | |
| 17-Jun | Deposit at ATM #000761 | 300.00 | | 809.45 |
| | CITADEL FCU 40 N BAILEY RD THORNDALE PA | | | |
| 18-Jun | Withdrawal Debit Card Debit Gold | | -70.77 | 738.68 |
| | WAL-MART #2167 EXTON PA | | | |
| 18-Jun | Withdrawal Debit Card Debit Gold | | -13.63 | 725.05 |
| | WAWA 245 00002451 DOWNINGTOWN PA | | | |
| 19-Jun | Recurring Withdrawal Debit Card Debit Gold | | -151.71 | 573.34 |
| | VZWRLSS*BILL PAY V FOLSOM CA | | | |
| 19-Jun | Withdrawal Debit Card Debit Gold | | -16.91 | 556.43 |
| | WAWA 8011 00080119 THORNDALE PA | | | |
| 19-Jun | Withdrawal Debit Card Debit Gold | | -12.72 | 543.71 |
| | aliexpress San Mateo CA | | | |
| 20-Jun | Withdrawal Debit Card Debit Gold | | -109.47 | 434.24 |
| | WAL-MART #3541 KENNETT SQUAR PA | | | |
| 20-Jun | Withdrawal Debit Card Debit Gold | | -35.00 | 399.24 |
| | TWO STONES PUB - KENNE KENNETT SQUAR PA | | | |
| 20-Jun | Withdrawal at ATM #003906 | | -50.00 | 349.24 |
| | PNC BANK 567 LANCASTER AVE FRAZER PA | | | |



**Citadel**
Banking with one focus. You.

520 Eagleview Blvd.
Exton, PA 19341

| ACCOUNT # | STATEMENT PERIOD | PAGE |
|---|---|---|
| 742 | 06/01/2018 to 06/30/2018 | 3 of 4 |

**Call:** (800) 666-0191 **Email:** info@citadelbanking.com

## FREE CHECKING - 0070 (cont.)

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| 20-Jun | Withdrawal Foreign ATM Fee<br>PNC BANK 567 LANCASTER AVE FRAZER PA | | -2.00 | 347.24 |
| 20-Jun | Deposit | 2,100.00 | | 2,447.24 |
| 21-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -5.73 | 2,441.51 |
| 21-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -25.35 | 2,416.16 |
| 21-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -18.70 | 2,397.46 |
| 21-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -12.98 | 2,384.48 |
| 21-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -9.48 | 2,375.00 |
| 21-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -14.91 | 2,360.09 |
| 21-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -11.28 | 2,348.81 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>MICHAELS STORES 4806 EXTON PA | | -25.04 | 2,323.77 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>WAWA 8011 00080119 THORNDALE PA | | -37.51 | 2,286.26 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>WAL-MART #2167 EXTON PA | | -75.59 | 2,210.67 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -3.87 | 2,206.80 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>HOBBY LOBBY #706 EXTON PA | | -4.80 | 2,202.00 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -11.43 | 2,190.57 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -10.99 | 2,179.58 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -4.78 | 2,174.80 |
| 22-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -1.67 | 2,173.13 |
| 23-Jun | Withdrawal Debit Card Debit Gold<br>WWW.ALIEXPRESS.COM 408-748-1200 DE | | -3.54 | 2,169.59 |
| 23-Jun | Withdrawal Debit Card Debit Gold<br>aliexpress San Mateo CA | | -4.30 | 2,165.29 |
| 23-Jun | Withdrawal Bill Payment #173874<br>AMAZON.COM SEATTLE WA | | -32.63 | 2,132.66 |
| 23-Jun | Withdrawal POS #796101<br>THE HOME DEPOT #4137 965 E LANCASTER AV<br>DOWNINGTOWN PA | | -67.57 | 2,065.09 |
| 23-Jun | Withdrawal POS #283309<br>AMAZON.COM SEATTLE WA | | -4.23 | 2,060.86 |
| 24-Jun | Withdrawal Debit Card Debit Gold<br>MICHAELS STORES 4806 EXTON PA | | -30.38 | 2,030.48 |
| 25-Jun | Withdrawal POS #214965<br>TARGET T- 180 Eagl Exton PA | | -40.70 | 1,989.78 |
| 27-Jun | Withdrawal POS #658752<br>LUKOIL 69730 455 HANNUM AVENUE WESTCHESTER<br>PA | | -8.47 | 1,981.31 |
| 29-Jun | Withdrawal Debit Card Debit Gold<br>TARGET 00011346 EXTON PA | | -190.74 | 1,790.57 |
| 29-Jun | Withdrawal Debit Card Debit Gold<br>ROYAL FARMS #225 DOWNINGTOWN PA | | -8.45 | 1,782.12 |
| | **ENDING BALANCE** | | | **$1,782.12** |

3 DEPOSITS = $2,900.00    60 WITHDRAWALS = $-2,373.05    0 CHECKS CLEARED