# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-14683-MDC

NANCY A JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NANCY A JENZANO

    901 STARGAZERS ROAD

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOHN G. GRAY
    PO BOX 339

    LIMA, PA 19037-

Date: 9/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee