# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY A JENZANO                          Chapter 13


                        Debtor            Bankruptcy No. 18-14683-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____1st____ day of ____November____, 201 8, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.



_____
                        Magdeline D. Coleman
                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN G. GRAY
PO BOX 339

LIMA, PA 19037-


Debtor:
NANCY A JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320