United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-14683-mdc
Nancy A. Jenzano                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2              Date Rcvd: Nov 01, 2018
                            Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db            +Nancy A. Jenzano,    901 Stargazers Road,    Coatesville, PA 19320-4839
14183957      +Chase Card Service,    PO Box 15278,    Wilmington DE 19850-5278
14183958      +Collection specialist,    335 Gordon Drive,    Exton PA 19341-1201
14183959      +FST Collect,    PO Box 102,    Lewes DE 19958-0102
14165805      +John G. Gray, Esquire,    PO Box 339,    Lima, PA 19037-0339
14183980      +Medical Data Systems,    2001 9th Avenue Suite 312,    Vero Beach FL 32960-6413
14165807      +Peco Energy,    PO Box 13439,    Philadelphia, PA 19101-3439
14183983      +Wells Fargo Bank,    PO Box 10438,    Des Moines IA 50306-0438
14184740       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 02 2018 03:00:43     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2018 03:00:25     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14183954      +E-mail/Text: bkrpt@retrievalmasters.com Nov 02 2018 03:00:14     AMCA,    4 Westchester Plaza,
                Elmsford NY 10523-1615
14183955      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 02 2018 03:01:00
                Berks Credit & Collection,    PO Box 329,    Temple PA 19560-0329
14183956      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 02:59:21     Capital One,
                PO Box 30285,    Salt Lake City UT 84130-0285
14165806       E-mail/Text: camanagement@mtb.com Nov 02 2018 02:59:49     M&T Bank,    Po Box 844,
                Buffalo, NY 14240
14195558       E-mail/Text: camanagement@mtb.com Nov 02 2018 02:59:49     M&T BANK,    PO BOX 840,
                Buffalo, NY 14240
14169430       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2018 03:00:12
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14183982      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 02 2018 02:59:42
                Verizon,    500 Technology drive Suite 500,    Weldon Springs MO 63304-2225
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
14183953*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,    PO Box 844,    Buffalo NY 14240)
14165804*     +Nancy A. Jenzano,    901 Stargazers Road,    Coatesville, PA 19320-4839
14183981*     +PECO Energy,    PO Box 13439,    Philadelphia PA 19101-3439
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              JOHN G. GRAY    on behalf of Debtor Nancy A. Jenzano esqjgray@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Nov 01, 2018
                              Form ID: pdf900          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY A JENZANO                               Chapter 13

              Debtor                          Bankruptcy No. 18-14683-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___1st___ day of ___November___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN G. GRAY
PO BOX 339

LIMA, PA 19037-

Debtor:
NANCY A JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320